# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
|  | : | NO. 07-0205-02 |
| vs. | : |  |
|  | : | CIVIL ACTION |
| HOWARD WILLIS | : | NO. 13-0646 |

## O R D E R

**AND NOW,** this 15th day of March, 2013, upon consideration of the defendant's *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Document #72), and the government's motion to dismiss (Document #75), IT IS HEREBY ORDERED that:

1. The defendant's motion is DENIED in its entirety without a hearing.

2. The government's motion to dismiss is GRANTED.

3. The defendant's motion for free transcripts (Document #74) is DENIED as moot.

4. As the defendant has failed to make a substantial showing of a denial of any constitutional right, there is no basis for the issuance of a certificate of appealability.

5. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.