# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 07-205-2 |
| | : | |
| **HOWARD WILLIS** | : | |
| #62299-066 | | |

# ORDER

**AND NOW**, this 19th day of October 2020, upon considering the Defendant's consent Motion for reduction of sentence (ECF Doc. No. 121), and having independently analyzed the grounds for reduction of sentence in the accompanying Memorandum, it is **ORDERED** the Defendant's consent Motion (ECF Doc. No. 121) is **GRANTED** and the term of imprisonment is today reduced to time served followed by the five years of supervised release consistent with the Judgment Order (ECF Doc. No. 68).

**KEARNEY, J.**